UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN A. FLORIO,<br><br>       Plaintiff,<br><br>       v.<br><br>COMMONWEALTH OF MASSACHUSETTS, GOVERNOR CHARLES D. BAKER, individually and in his official capacity, MARYLOU SUDDERS, individually and in her capacity as Secretary of Health and Human Services, CATHERINE STARR, individually and in her capacity as Secretariat Human Resources Officer, and ERICA CRYSTAL, individually and in her capacity as Executive Office of Health of Human Services Labor Relations Director and Deputy General Counsel for the Commonwealth of Massachusetts,<br><br>       Defendants. | Civil Action No. 1:21-cv-10665-IT |

## **AFFIDAVIT OF ERIC A. MARTIGNETTI**

I, Eric A. Martignetti, hereby depose and state as follows:

1. I am an Assistant Attorney General and counsel for Defendants in this matter.

2. Attached hereto as Exhibit 1 is a true and accurate copy of Plaintiff's termination letter (cited in Am. Compl. ¶ 69).

3. Attached hereto as Exhibit 2 is a true and accurate copy of the HRD Investigations Center of Expertise Report (cited in Am. Compl. ¶ 67).

Signed under the penalties of perjury on August 13, 2021.

                 */s/ Eric A. Martignetti*
                 Eric A. Martignetti

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and copies were sent by first-class mail to those indicated as non-registered participants on August 13, 2021.

                                            */s/ Eric A. Martignetti*
                                            Eric A. Martignetti