

**The Commonwealth of Massachusetts**
**Executive Office of Health and Human Services**
One Ashburton Place, 11th Floor
Boston, Massachusetts 02108

**CHARLES D. BAKER**
Governor

**KARYN E. POLITO**
Lieutenant Governor

**MARYLOU SUDDERS**
Secretary

Tel: (617) 573-1600
Fax: (617) 573-1891
www.mass.gov/eohhs

October 19, 2020

Mr. Steven Florio
11 Madison Avenue
Franklin, MA 02038

Dear Mr. Florio:

On July 8, 2020, the Commonwealth's Human Resource Division's Investigations Center of Expertise investigated discrimination and harassment complaints against you in your role as Commissioner of the Massachusetts Commission for the Deaf and Hard of Hearing (MCDHH). During the course of the investigation, many additional complaints alleging discrimination and harassment were filed by employees. The findings of that investigation have concluded that there was a widespread pattern of discriminatory harassment and discriminatory behavior by you toward MCDHH employees on the basis of race, gender, and disability and that your conduct created a hostile work environment. Such conduct is unacceptable.

As a result of the findings and the conclusion that there was a widespread pattern of harassment and discrimination, there is no confidence in your ability to continue to perform the duties as Commissioner for MCDHH. Your employment is terminated effective immediately.

At this time, we request that you return all State issued equipment, including but not limited to access cards, identification badge(s), computer hardware and software, keys, mobile phones and related equipment or other property of MCDHH in your possession or control. This request includes documents and other property whether in hardcopy, on electronic media or otherwise related to the business and operations of MCDHH and/or the Commonwealth of Massachusetts. We also request that you provide all passwords necessary or desirable to enable MCDHH designees to access all information which you have password-protected on any of its computer equipment or networks. Lisa Gallup, Sr. HR Business Partner can coordinate a time with you to collect said equipment. She can be reached at lisa.gallaup@mass.gov.

Attached is a Benefit and Resource Information guide that may be of assistance to you. Please direct any of your benefits related questions to Wendy Nelson, Manager of EOHHS Benefits and Leaves who can be reached at or wendy.nelson@mass.gov.

Sincerely,

Marylou Sudders